849 VANCE ET AL. (Village Trustees) vs. CIRCUIT JUDGE (Shiawassee), No. 14304, 102 M., 342.

To compel vacation of orders granting injunction and appointing a receiver with authority to pay debts, collect claims and continue the business.

Granted in part October 30, 1894.

The village had dealt with a co-partnership in relation to the location of its plant within the village, and the co-partners had afterwards formed a corporation and conveyed the assets to the corporation.